**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00675-BNB

MICHAEL A. BOETGER,

    Applicant,

v.

ACTING WARDEN BURNELL, Buena Vista Correctional Facility, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion of Inquiry and Direction" Applicant filed on May 8, 2014 (ECF No. 11), asking for his next course of action in this case. The Court may not give Applicant legal advice. Therefore, the motion is DENIED.

    Applicant was afforded twenty-one (21) days from the filing of the pre-answer response (ECF No. 10) on April 11, 2014, in which to file a reply, if he wanted. He has not done so within the time allowed. The Court will rule on Applicant's case in due course.

Dated: May 9, 2014