IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00675-BNB

MICHAEL A. BOETGER,

    Applicant,

v.

ACTING WARDEN BURNELL, Buena Vista Correctional Facility, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

ORDER DENYING MOTION TO STRIKE PRE-ANSWER RESPONSE,
**DIRECTING RESPONDENTS TO REMAIL PRE-ANSWER RESPONSE**, AND
GRANTING EXTENSION TO FILE REPLY

    This matter is before the Court on the motion titled "Motion to Strike Pre-Answer Response and to Amend Habeas Corpus Application" (motion to strike and amend) (ECF No. 13) that Applicant, Michael A. Boetger, filed *pro se* on July 21, 2014. For the reasons stated below, the motion to strike and amend will be denied, and Mr. Boetger will be granted an extension of time to file a reply to the pre-answer response.

    Applicant is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Buena Vista, Colorado. Mr. Boetger, acting *pro se*, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) challenging his state court conviction and sentence.

    After being ordered to do so, Respondents, on April 11, 2014, filed their pre-answer response (ECF No. 10). Mr. Boetger contends for the first time in the July 21 motion he never received the copy of the pre-answer response mailed by Respondents. Apparently, as a result, Applicant failed to file a reply within the time allowed, although

he was given the opportunity to do so. On May 19, 2014, the Court entered a minute order (ECF No. 12) informing Mr. Boetger of this failure. Applicant contends he never received the copy of the May 19 Minute Order, although it was mailed to the address he provided and was not returned to the Court as undeliverable.

Mr. Boetger seeks to strike the pre-answer response and amend the habeas corpus application because he maintains he never received a copy. He also seeks to supplement his application with vague information about a petition for writ of certiorari he allegedly filed in the Colorado Supreme Court and additional allegations concerning his claims. In addition, he asks for the appointment of counsel to represent him.

The motion to strike and amend will be denied. Respondents will be directed to resend a copy of the pre-answer response to Mr. Boetger. Mr. Boetger will be allowed an extension of time to file a reply to the pre-answer response. In the reply, he should respond clearly and succinctly to the pre-answer response and not include vague allegations that require the Court and Respondents to speculate about their applicability. If Mr. Boetger fails to file a reply to the pre-answer response within the time allowed, the Court will base its disposition of this action on the record currently before the Court. The request for the appointment of counsel will be denied as premature.

Accordingly, it is

ORDERED that the motion titled "Motion to Strike Pre-Answer Response and to Amend Habeas Corpus Application" (ECF No. 13) that Applicant, Michael A. Boetger, filed *pro se* on July 21, 2014, is DENIED. It is

**FURTHER ORDERED that Respondents are directed to remail to Mr. Boetger by Tuesday, July 29, 2014, a copy of the pre-answer response (ECF No.**

**10) filed on April 11, 2014.**  It is

**FURTHER ORDERED that Respondents file a certificate of mailing by Tuesday, July 29, 2014, showing the date that they remailed a copy of the pre-answer response to Applicant.**  It is

FURTHER ORDERED that Applicant update his mailing records for the Colorado Attorney General's Office as follows: Colorado Attorney General's Office, Ralph L. Carr Colorado Judicial Center, 1300 Broadway, Denver, CO 80203.  It is

FURTHER ORDERED that the clerk of the Court is directed to mail to Mr. Boetger a copy of minute order (ECF No. 12) entered on May 9, 2014.  It is

FURTHER ORDERED that Mr. Boetger is granted an extension of time to file a reply to the pre-answer response **by Tuesday, August 26, 2014**.  It is

FURTHER ORDERED that if Mr. Boetger fails to file a reply to the pre-answer response within the time allowed, the Court will base its disposition of this action on the record currently before the Court.  It is

FURTHER ORDERED that the request for the appointment of counsel is denied as premature.

Dated:  July 22, 2014

BY THE COURT:

 s/ Craig B. Shaffer
CRAIG B. SHAFFER
United States Magistrate Judge