IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00675-GPG

MICHAEL A. BOETGER,

    Applicant,

v.

ACTING WARDEN BURNELL, Buena Vista Correctional Facility, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Michael A. Boetger***, Teller County District Court Case No. 06CR185, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Teller County Combined Courts
            P.O. Box 997
            Cripple Creek, Colorado 80813

(2)    Court Services Manager
       State Court Administrator's Office
       1300 Broadway
       Denver, Colorado  80203.

DATED January 13, 2015, at Denver, Colorado.

                    BY THE COURT:

                    S/ Gordon P. Gallagher
                    _____
                    United States Magistrate Judge